[No. 33580-8-II.   Division Two.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. PLECHNER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00283-4, James B. Sawyer II, J., entered June 27, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33599-9-II.   Division Two.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL LOCKE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02685-9, Beverly G. Grant, J., entered July 22, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 33812-2-II.   Division Two.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ADA CECILIA MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01801-1, M. Karlynn Haberly, J., entered September 16, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Van Deren, J.